The Honorable Marsha K. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONALD TANNER and CARRIE TANNER, husband and wife, and the marital community composed thereof,,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | No. 2:17-cv-00552-MJP<br><br>~~[PROPOSED]~~ ORDER DISMISSING CASE |

Pursuant to the parties' Stipulation (Dkt. No. 17) and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED: Dec 7, 2017

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

4822-8621-2439, v. 1

~~[PROPOSED]~~ ORDER DISMISSING CASE
(2:17-cv-00552-RAJ) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384