The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONALD TANNER and CARRIE TANNER, husband and wife, and the marital community composed thereof,,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | No. 2:17-cv-00552-MJP<br><br>JOINT STIPULATED MOTION AND ORDER TO WITHDRAW PRIOR ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>DECEMBER 13, 2017 |

COME NOW Plaintiffs Donald and Carrie Tanner, by and through their attorney, Riley D. Lee, and Defendant Allstate Property & Casualty Insurance Company, by and through its attorney, Irene M. Hecht, Keller Rohrback L.L.P., and move the court to withdraw the prior Stipulation For Order Of Dismissal Without Prejudice (Docket #17) and Order Dismissing Case (Docket #18) and instead, enter the Amended Order Dismissing Case (Docket #19-1) based on the Amended Stipulation for Order of Dismissal With Prejudice (Docket #19) based upon the following: The parties have settled and fully resolved this case and as part of the settlement, the parties agreed to stipulate to the dismissal of this lawsuit WITH prejudice and without an award of costs or attorneys fees to either party. As a result of an inadvertent error, the prior Stipulation and the Order of

JOINT STIPULATED MOTION AND ORDER TO WITHDRAW
PRIOR ORDER OF DISMISSAL
(2:17-cv-00552-RAJ) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\Users\kbrown\ND Office Echo\VAULT-4AA27XBH\Joint Stip. Mtn to Withdraw Order of Dismissal 4837-4072-5848 v.1.docx

Dismissal entered by the Court pursuant to that Stipulation (Docket #17 and #18) provided for dismissal WITHOUT prejudice, contrary to the agreement of the parties. The parties now jointly request that the Court withdraw the prior Order of Dismissal Without Prejudice and enter the Amended Order Dismissing Case, dismissing this lawsuit WITH prejudice, consistent with the parties agreement.

DATED this 13th day of December, 2017.

KELLER ROHRBACK L.L.P.

By *s/Irene M. Hecht*
Irene M. Hecht, WSBA #11063
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206.623.1900
Facsimile: 206.623.3384
Email: ihecht@kellerrohrback.com
Defendant Allstate Insurance Company

LAW OFFICES OF RILEY D. LEE

By *s/Riley D. Lee*
Riley D. Lee, WSBA #20825
3325 Smokey Point Drive, Suite 103A
Arlington, WA 98223-7803
Office: 360.658.7575
Fax: 360.658.2599
Email: rdl.rleelaw@frontier.com
Plaintiffs Donald and Carrie Tanner

JOINT STIPULATED MOTION AND ORDER TO WITHDRAW
PRIOR ORDER OF DISMISSAL
(2:17-cv-00552-RAJ) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\Users\kbrown\ND Office Echo\VAULT-4AA27XBH\Joint Stip. Mtn to Withdraw Order of Dismissal 4837-4072-5848 v.1.docx

# ORDER

Based on the foregoing joint stipulated motion, IT IS HEREBY ORDERED that the December 7, 2017 Order Dismissing Case (Docket #18) is withdrawn and a new Amended Order dismissing this lawsuit with prejudice will be entered.

DONE IN OPEN COURT this _14_ day of _December, 2017_.

By _____
THE HONORABLE MARSHA J. PECHMAN

Presented by:

KELLER ROHRBACK L.L.P.

By _s/Irene M. Hecht_
   Irene M. Hecht, WSBA #11063
   Attorneys for Defendant

Approved as to form and Notice of Presentation Waived:

LAW OFFICES OF RILEY D. LEE

By _s/ Riley D. Lee_
   Riley D. Lee, WSBA #20825
   Attorneys for Plaintiffs

---

JOINT STIPULATED MOTION AND ORDER TO WITHDRAW
PRIOR ORDER OF DISMISSAL
(2:17-cv-00552-RAJ) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

C:\Users\kbrown\ND Office Echo\VAULT-4AA27XBH\Joint Stip. Mtn to Withdraw Order of Dismissal 4837-4072-5848 v.1.docx