The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DONALD TANNER and CARRIE TANNER, husband and wife, and the marital community composed thereof,,

Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

Defendant.

No. 2:17-cv-00552-MJP

[PROPOSED] AMENDED ORDER DISMISSING CASE

Pursuant to the parties' Stipulation (Dkt. No. 19) and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED: December 20, 2017

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

4814-3062-8696, v. 1

[PROPOSED] AMENDED ORDER DISMISSING CASE
(2:17-cv-00552-MJP) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384